IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02965-NYW

GABRIEL MARRERO VELEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order signed by the Honorable Nina Y. Wang on March 11, 2016, incorporated herein by reference, it is

ORDERED that the Commissioner's final order is REVERSED.  It is

FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Gabriel Marrero Velez, and against Defendant, Carolyn W. Colvin, Commissioner of Social Security.

DATED at Denver, Colorado this 11th  day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK



s/ N. Marble
N. Marble,
 Deputy Clerk